**STATE v. BLAKE**

[366 N.C. 559 (2013)]

| STATE OF NORTH CAROLINA | ) | |
| v. | ) | From Cumberland County |
| SHAWN ODELL BLAKE | ) | |

No. 103P13

## ORDER

Defendant's petition for writ of certiorari is allowed for the limited purpose of remanding to the trial court for determination of whether the trial judge represented defendant on the underlying charge and, if so, for the trial court's order on the motion for appropriate relief to be vacated and the motion to be reassigned. Defendant's Notice of Appeal is dismissed ex mero motu, and defendant's Motion to Appoint Counsel is dismissed as moot.

By order of the Court in Conference, this 12th day of June, 2013.

s/Beasley, J.
For the Court